UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
ARK100 DOE,                                                       :
:
               Plaintiff,                                :
:      20-cv-1473 (LJL)
   -v-                                                          :
:      ORDER
:
NATIONAL BOY SCOUTS OF AMERICA                                    :
FOUNDATION a/k/a THE BOY SCOUTS OF                                :
AMERICA; GREATER NEW YORK COUNCILS, BOY                           :
SCOUTS OF AMERICA, d/b/a MANHATTAN                                :
COUNCIL, GREATER NEW YORK COUNCILS, BOY                           :
SCOUTS OF AMERICA; and DOES 1-5 whose identities                  :
are unknown to Plaintiff,                                         :
:
               Defendants.                               :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Parties are directed to provide the Court with a joint status letter by April 6, 2021.

      SO ORDERED.

Dated: March 23, 2021
       New York, New York                         LEWIS J. LIMAN
                                                  United States District Judge