USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __8/2/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
ARK100 DOE, :
:
:
Plaintiff, :
: 20-cv-1473 (LJL)
-v- :
: ORDER
:
NATIONAL BOY SCOUTS OF AMERICA :
FOUNDATION a/k/a THE BOY SCOUTS OF :
AMERICA; GREATER NEW YORK COUNCILS, BOY :
SCOUTS OF AMERICA, d/b/a MANHATTAN :
COUNCIL, GREATER NEW YORK COUNCILS, BOY :
SCOUTS OF AMERICA; and DOES 1-5 whose identities :
are unknown to Plaintiff, :
:
Defendants. :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    Parties are directed to provide the Court with a joint status letter by August 16, 2021.

    SO ORDERED.

Dated: August 2, 2021
       New York, New York
                                                    LEWIS J. LIMAN
                                               United States District Judge