```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/6/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
ARK100 DOE,                                                        :
:
Plaintiff,                                                         :
:                20-cv-1473 (LJL)
-v-                                                                :
:                ORDER
NATIONAL BOY SCOUTS OF AMERICA                                     :
FOUNDATION a/k/a THE BOY SCOUTS OF                                 :
AMERICA, *et al.*,                                                 :
:
Defendants.                                                        :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The parties are directed to provide the Court with a joint status update by September 30, 2022 and every ninety days thereafter.

      SO ORDERED.

Dated: September 6, 2022
       New York, New York

                                                LEWIS J. LIMAN
                                      United States District Judge