UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
:
ARK100 DOE,                                                    :
:
               Plaintiff,                              :
:     20-cv-1473 (LJL)
    -v-                                                       :
:     <u>ORDER</u>
NATIONAL BOY SCOUTS OF AMERICA                                 :
FOUNDATION a/k/a THE BOY SCOUTS OF                             :
AMERICA; GREATER NEW YORK COUNCILS, BOY                        :
SCOUTS OF AMERICA d/b/a MANHATTAN                              :
COUNCIL, GREATER NEW YORK COUNCILS, BOY                        :
SCOUTS OF AMERICA; and DOES 1-5 *whose identities*             :
*are unknown to Plaintiff*,                                    :
:
               Defendants.                             :
:
---------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      On April 1, 2020, the parties gave notice of a consent order entered by the United States Bankruptcy Court for the District of Delaware on March 30, 2020, immediately staying any further proceedings in this action as against the identified defendants. *See* Dkt. No. 6. The parties indicated that, as of March 29, 2023, the stay was still in place. *See* Dkt. No. 18.

      Accordingly, IT IS HEREBY ORDERED that that all proceedings in this case are STAYED.

      SO ORDERED.

Dated: March 31, 2023
       New York, New York
                                                LEWIS J. LIMAN
                                           United States District Judge