```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
ARK100 DOE,                                                    :
                                                               :
                             Plaintiff,                        :
                                                               :            20-cv-1473 (LJL)
              -v-                                              :
                                                               :                ORDER
NATIONAL BOY SCOUTS OF AMERICA                                 :
FOUNDATION a/k/a THE BOY SCOUTS OF                             :
AMERICA, et al.,                                               :
                                                               :
                             Defendants.                       :
                                                               :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/11/2023

LEWIS J. LIMAN, United States District Judge:

      On September 6, 2022, the Court issued an order directing the parties to file an update with the Court regarding the status of the bankruptcy proceedings no later than September 30, 2022 and every ninety days thereafter.  Dkt. No. 15.  The parties last provided a status update on March 29, 2023.  Dkt. No. 18.  The parties are directed to file a status update by July 14, 2023 and are reminded of their obligations to file status updates on a continuing basis going forward.

      SO ORDERED.

Dated: July 11, 2023  
      New York, New York

_____  
LEWIS J. LIMAN  
United States District Judge