UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARK100 DOE,<br><br>     Plaintiff,<br><br>    v.<br><br>NATIONAL BOY SCOUTS OF AMERICA FOUNDATION a/k/a THE BOY SCOUTS OF AMERICA, et al.,<br><br>     Defendant(s). | 20-CV-1473 (DEH)<br><br>**NOTICE OF REASSIGNMENT** |

DALE E. HO, United States District Judge:

  This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho. By **October 31, 2023**, the parties are hereby ORDERED to file on ECF a joint letter updating the Court regarding the status of the case and every ninety days thereafter. This Order supersedes ECF No. 15.

  SO ORDERED.

Dated: October 23, 2023
   New York, New York

                   /s/ Dale E. Ho
                   DALE E. HO
                   United States District Judge